

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/30/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
|     Debtors | § | |
| | § | CHAPTER  11 |
| | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | |
|     Plaintiffs | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-03237 |
| | § | |
| HL BUILDERS, LLC, *et al* | § | |
|     Defendants | § | |

## PRELIMINARY PRETRIAL ORDER

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the Court no less than 24 hours prior to the pretrial conference set on **September 2, 2020 at 11:00 a.m. at Courtroom 401, 515 Rusk St., Houston, Texas** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**
1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of causes of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**
1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** – In addition, the joint document is to include the following:
1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS**

**TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**
You have the right to object to the final adjudication by this Court of any non-core matters or matters that fall within the scope of *Stern v. Marshall*, 564 U.S. 2 (2011). Any such objection to this Court's entry of final orders in this case must be filed with the Court no later than one day before the date set for the pretrial conference.

SIGNED: 06/30/2020.

_____

Jeffrey P. Norman
United States Bankruptcy Judge