

ENTERED
07/31/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
|    Debtors | § | |
| | § | CHAPTER 11 |
| | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | |
|    Plaintiffs | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-03237 |
| | § | |
| HL BUILDERS, LLC, *et al* | § | |
|    Defendants | § | |

### ORDER SETTING HEARINGS

Hearings are set on the following motions: Motion to Dismiss for Failure to State a Claim filed by Anna Williams (ECF No. 8); Motion to Withdraw the Reference and to Abstain filed by Anna Williams (ECF No. 9); and Motion to Withdraw the Reference and to Abstain filed by CD Homes (ECF No. 11) at 9:30 a.m. on August 27, 2020, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is August 19, 2020. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

Due to the rise of COVID-19 the ability to appear in person for hearings or trials is suspended until September 8, 2020. Therefore, parties may appear remotely for any hearings set during these periods of closure. Parties shall reference the Court's website for video and audio instructions to participate in document sharing, presenting witnesses or evidence. Witnesses and counsel must appear by separate video feeds. **Parties are notified that connection instructions both for video and audio will change effective August 1, 2020.**[1]

In addition to the requirements of Bankruptcy Local Rule 9013-1, exhibits must be filed on CM/ECF in advance of the hearing. Each exhibit must be filed as a separate attachment to the Exhibit List. The Court will review the exhibits from CM/ECF. Exhibits must be offered into evidence by reference to the CM/ECF docket number of the filed exhibit.

SIGNED: 07/31/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] For all hearings after August 1, 2020. **Video Participation** https://www.gotomeet.me/JudgeNorman or gotomeeting.com Conference ID 595-121-317 **Audio Participation** 1 (712) 770-8098 Conference Code 159497 Audio connections by phone are required for all video participants.