UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § § § § § § § § § § § § | Case No. 18-34658 |
| HOUTEX BUILDERS, LLC, *et al.*,[1] | | |
| DEBTORS. | | Chapter 11 |
| | | Jointly Administered |
| HOUTEX BUILDERS, LLC, 2203 LOOSCAN, LLC, & 415 SHADYWOOD, LLC, | | Adversary No. 20-03237 |
| Plaintiffs, | | |
| v. | | |
| HL BUILDERS, LLC, f/k/a CD HOMES, LLC AND ANNA WILLIAMS, | | |
| Defendants. | | |

### RESPONSE TO ANNA WILLIAMS'S MOTION TO DISMISS

HouTex Builders, LLC, 2203 Looscan Lane, LLC, and 415 Shadywood, LLC ("Debtors" or "Plaintiffs"), as Plaintiffs in the above-captioned adversary proceeding, respond to *Anna Williams's Motion to Dismiss* [ECF 8] and respectfully states the following:

1. The Debtors filed an Amended Complaint pursuant to rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

2. An amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint. *See e.g. Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir.2006).

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HouTex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

1

WHEREFORE, based on the foregoing, the Court should enter an order denying Anna Williams' Motion to Dismiss as moot.

Dated: August 19, 2020

Respectfully submitted,

*/s/ Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: crubio@parkinslee.com

*Proposed Special Counsel to the Plaintiffs*

DIAMOND MCCARTHY LLP
Steve Loden
sloden@diamondmccarthy.com
Brian Raymond Hogue
Brian.Hogue@diamondmccarthy.com
909 Fannin, Suite 3700
Houston, Texas 77010
Telephone: (713) 333-5100

*General Counsel to the Plaintiffs*