# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § <br> § <br> **HOUTEX BUILDERS, LLC, *et al.*,**[1] § <br> § <br>      **DEBTORS.** § <br> § <br> ──────────────────────── § <br> **HOUTEX BUILDERS, LLC, 2203** § <br> **LOOSCAN, LLC, & 415 SHADYWOOD,** § <br> **LLC,** § <br> § <br>     **Plaintiffs,** § <br> **v.** § <br> § <br> **HL BUILDERS, LLC, f/k/a CD** § <br> **HOMES, LLC AND ANNA WILLIAMS,** § <br> § <br>     **Defendants.** § <br> ──────────────────────── § | | **Case No. 18-34658** <br><br> **Chapter 11** <br><br> **Jointly Administered** <br><br><br> **Adversary No. 20-03237** |

### ORDER DENYING CD HOMES, LLC'S MOTION TO WITHDRAW THE REFERENCE AND TO ABSTAIN, DEMAND FOR TRIAL BY JURY, AND NOTICE OF NON-CONSENT TO ENTRY OF FINAL ORDERS

Upon consideration of *CD Homes, LLC's Motion To Withdraw The Reference And To Abstain, Demand For Trial By Jury, And Notice Of Non-Consent To Entry Of Final Order* [ECF 11] (the "Jurisdiction Motion") and the response filed by HouTex Builders, LLC, 2203 Looscan Lane, LLC, and 415 Shadywood, LLC ("Debtors") the Court hereby finds:

    A.    Anna Williams has waived her jury trial right with respect to the counterclaims asserted by the Debtors against Anna Williams in the adversary proceeding.

    B.    There is no appropriate basis for recommending a withdrawal of the reference of this

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HouTex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

1

adversary proceeding

      C.    Anna Williams has not satisfied the requirements for mandatory abstention because there is no pending state court proceeding involving this matter.

      D.    The factors considered for permissive abstention as set forth in the Response weigh against permissive abstention.

      THERFORE it is hereby ORDERED that the Motion is DENIED.

Dated: _____ \_\_, 2020

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE