

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/22/2020

| | | |
|---|---|---|
| IN RE: § | | |
| HOUTEX BUILDERS, LLC, *et al* § | CASE NO: 18-34658 | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |
| § | | |
| HOUTEX BUILDERS, LLC, *et al* § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 20-03237 | |
| § | | |
| HL BUILDERS, LLC, *et al* § | | |
| Defendant(s) § | | |

## ORDER DENYING MOTION TO DISMISS ADVERSARY PROCEEDING

This matter is before the Court on the Motion to Dismiss Adversary Proceeding (ECF No. 8) filed by the defendant, Anna Williams. The plaintiffs filed an amended complaint (ECF No. 18) on August 19, 2020; therefore, the instant motion is moot. The defendant is free to file a new motion to dismiss if she believes the amended complaint still fails to state a claim upon which relief can be granted.

**THEREFORE, IT IS ORDERED** that the Motion to Dismiss Adversary Proceeding (ECF No. 8) is denied without prejudice.

SIGNED: 08/22/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge