

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/02/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | CASE NO: 18-34658 |
| Debtors | § | |
| | § | CHAPTER 11 |
| | § | |
| HOUTEX BUILDERS, LLC, *et al* | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-03237 |
| | § | |
| HL BUILDERS, LLC, *et al* | § | |
| Defendants | § | |

## ORDER SETTING HEARING

Hearing is set on the Motion to Dismiss Adversary (ECF No. 31) filed by the defendant Anna Williams at 11:00 a.m. on October 7, 2020, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is September 30, 2020. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

Due to the rise of COVID-19 the ability to appear in person for hearings or trial is suspended. Therefore, parties shall appear remotely for any hearings set. Parties shall reference the Court's website for video and audio instructions to participate in document sharing, presenting witnesses or evidence. Witnesses and counsel must appear by separate video feeds. **Parties are notified that connection instructions both for video and audio changed effective August 1, 2020.**

In addition to the requirements of Bankruptcy Local Rule 9013-1, exhibits must be filed on CM/ECF in advance of the hearing. Each exhibit must be filed as a separate attachment to the Exhibit List. The Court will review the exhibits from CM/ECF. Exhibits must be offered into evidence by reference to the CM/ECF docket number of the filed exhibit.

SIGNED: 09/02/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge