IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>HOUTEX BUILDERS, LLC,<br><br>    *Debtor.* | Bankruptcy Case No. 18-34658<br>Adversary Case No. 20-03237 |
| 2203 LOOSCAN, LLC and<br>415 SHADYWOOD, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>HL BUILDERS, LLC and ANNA WILLIAMS,<br><br>    *Defendants.* | Civil Action No. 4:20-cv-03110 |

## **ORDER**

The Bankruptcy Court has issued an order denying the Motion to Withdraw the Reference and Motion to Abstain filed by Anna Williams ("Williams"). (Adv. Case No. 20-03237, Doc. No 25). Williams filed a Motion to Reconsider (Adv. Case No. 20-03237, Doc. No. 32) that the Bankruptcy Court likewise denied (Adv. Case No. 20-03237, Doc. No. 34).

The denial of the Motion to Reconsider was written in the form of a Report and Recommendation to this Court. It is that Report and Recommendation which is currently before the Court. (Doc. No. 1). Also, in this Court's file is a copy of the aforementioned Motion to Reconsider, (Doc. No. 2), which was likely filed by the Clerk's Office as a convenience to the Court. While it clearly asks the Bankruptcy Court to reconsider its original ruling, it is not an objection to the Report and Recommendation on which this Court is called upon to rule. In fact, it

is merely a copy of the motion that the Report and Recommendation recommends that this Court overrule.

Consequently, no objections to the Report and Recommendation have actually been filed and the time for doing so has long since passed. Since there are no objections to it, the Court will use the clearly erroneous or contrary to law standard to review the Report and Recommendation. Having done so, the Court finds the Report and Recommendation to be correct and hereby adopts it. The Court notes that even if it had considered the copy of the Motion to Reconsider as being the equivalent of an objection, which it is not, it would have still found the Report and Recommendation to be meritorious using a *de novo* standard. That being the case, this matter is hereby closed and all further related proceedings shall continue in front of the Bankruptcy Court.

SIGNED at Houston, Texas this 23rd day of October, 2020.

Andrew S. Hanen
United States District Judge