

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/05/2021

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, | § | CASE NO: 18-34658 |
| 415 SHADYWOOD, LLC, AND | § | |
| 2203 LOOSCAN LANE, LLC, | § | CHAPTER 11 |
|     Debtors. | § | |
| | § | JOINTLY ADMINISTERED |
| HOUTEX BUILDERS, LLC, | § | |
| 2203 LOOSCAN, LLC, AND | § | |
| 415 SHADYWOOD, LLC, | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-3237 |
| | § | |
| HL BUILDERS, LLC F/K/A CD HOMES, | § | |
| LLC and ANNA WILLIAMS, | § | |
|     Defendants. | § | |

## ORDER SETTING HEARING

Hearing is set on the Joint Emergency Motion of the Debtors and Spirit of Texas Bank SSB for Joinder of Spirit of Texas Bank SSB as a named party Plaintiff in Adversary Proceeding and Related Relief (ECF No. 50) at 9:30 a.m. on April 12, 2021, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on April 8, 2021. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

Parties should reference the court's website[1] for remote connection instructions. In person court appearances are suspended pending further order of the court.[2]

**SO ORDERED**.
  SIGNED 04/05/2021

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman
[2] https://www.txs.uscourts.gov/bankruptcy/genord General Order 2020-20.