

ENTERED
04/09/2021

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Houtex Builders, LLC, *et al.*[1]<br><br>    Debtors. | Case No. 18-34658<br><br>Chapter 11<br><br>Jointly Administered |
| Houtex Builders, LLC, 2203 Looscan Lane, LLC, and 415 Shadywood, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HL Builders, LLC f/k/a CD Homes, LLC and Anna Williams,<br><br>    Defendants. | Adversary No. 20-03237 |

**ORDER GRANTING JOINT EMERGENCY MOTION OF THE DEBTORS AND SPIRIT OF TEXAS BANK SSB FOR JOINDER OF SPIRT OF TEXAS BANK SSB AS A NAMED PARTY PLAINTIFF IN ADVERSARY PROCEEDING AND RELATED RELIEF**

The Court, having considered the *Joint Emergency Motion of the Debtors and Spirit of Texas Bank ssb for Joinder of Spirt of Texas Bank ssb as a Named Party Plaintiff in Adversary Proceeding and Related Relief* (the "Motion"), any responses to the Motion, the statements of counsel, and the record in the above-captioned adversary proceeding, finds that good and sufficient cause exists to grant the relief requested. Therefore, IT IS HEREBY ORDERED THAT:

---

[1] The names of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HouTex Builders, LLC (2111); 2203 Looscan Lane, LLC (1418); and 415 Shadywood, LLC (7627).

1. Spirit of Texas Bank ssb shall be joined as a named party plaintiff in the above captioned adversary proceeding.

2. The captioned for the adversary proceeding shall be amended as follows:

| | |
|---|---|
| In re:<br><br>Houtex Builders, LLC, *et al*.<br><br>      Debtors. | Case No. 18-34658<br><br>Chapter 11<br><br>Jointly Administered |
| Spirit of Texas Bank ssb, as the assignee of claims of Houtex Builders, LLC, 2203 Looscan Lane, LLC, and 415 Shadywood, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HL Builders, LLC f/k/a CD Homes, LLC and Anna Williams,<br><br>      Defendants. | Adversary No. 20-03237 |

3. The Clerk of the Court shall amend the court records to reflect that Spirit of Texas Bank, SSB is a plaintiff in the above-captioned adversary proceeding.

Signed: April 09, 2021

Jeffrey P. Norman
United States Bankruptcy Judge