

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

ENTERED
04/12/2021

| | | |
|---|---|---|
| IN RE: | § | |
| HOUTEX BUILDERS, LLC, and | § | CASE NO: 18-34658 |
| 415 SHADYWOOD, LLC, | § | |
| and | § | CHAPTER 11 |
| 2203 LOOSCAN LANE, LLC, | § | |
| Debtors. | § | |
| | § | |
| HOUTEX BUILDERS, LLC, and | § | |
| 2203 LOOSCAN, LLC, and | § | |
| 415 SHADYWOOD, LLC, and | § | |
| SPIRIT OF TEXAS BANK SSB, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-3237 |
| | § | |
| HL BUILDERS, LLC | § | |
| and | § | |
| ANNA WILLIAMS, | § | |
| Defendants. | § | |

## ORDER ABATING ADVERSARY PROCEEDING

This adversary proceeding is set for trial on April 19, 2021 on the Amended Complaint (ECF No. 18) filed by plaintiffs. On April 9, 2021, one of the Defendants, Anna Williams, filed a Chapter 7 bankruptcy in the Victoria Division under Case No. 21-60032. Based on this pending Chapter 7 case, this Court abates Adversary No. 20-0327 pending further order of this Court.

**THEREFORE, IT IS ORDERED** that Adversary No. 20-0327 is abated pending further order of this Court.   A status conference is set at 1:30 p.m. on September 1, 2021.

SIGNED 04/12/2021

_____
Jeffrey Norman
United States Bankruptcy Judge