

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

ENTERED
06/01/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 18-34658 |
| HOUTEX BUILDERS, LLC, and | § | |
| 415 SHADYWOOD, LLC | § | CHAPTER 11 |
| and | § | |
| 2203 LOOSCAN LANE, LLC, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| HOUTEX BUILDERS, LLC | § | |
| and | § | |
| 2203 LOOSCAN, LLC | § | |
| and | § | |
| 415 SHADYWOOD, LLC | § | |
| and | § | |
| SPIRIT OF TEXAS BANK SSB, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-3237 |
| | § | |
| HL BUILDERS, LLC | § | |
| And ANNA WILLIAMS, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE

This adversary was abated following the Chapter 7 bankruptcy filed by one of the Defendants, Anna Williams, under Case No. 21-60032.  Pursuant to the Agreed Order Dismissing Case entered in the underlying jointly administered Case No. 18-34658 on May 31, 2021 at ECF No. 765, this adversary is dismissed.

This adversary is closed.

SIGNED 06/01/2021

_____
Jeffrey Norman
United States Bankruptcy Judge